# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHORTER, | Case No. 1:20-cv-01823-NONE-BAM (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| v. | |
| SULLIVAN, *et al.*, | |
| Defendants. | (ECF No. 13) |
| | **THIRTY (30) DAY DEADLINE** |

Plaintiff Michael Shorter ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 5, 2021, the Court issued findings and recommendations recommending that the federal claims in this action be dismissed, with prejudice, based on Plaintiff's failure to state a cognizable claim upon which relief may be granted, and the Court decline to exercise supplemental jurisdiction over Plaintiff's purported state law claims. (ECF No. 12.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen days. (*Id.*)

Currently before the Court is Plaintiff's motion for a thirty-day extension of time to file his objections to the findings and recommendations, filed August 30, 2021. (ECF No. 13.) Plaintiff states that he did not receive the Court's order until August 12, 2021, and as a layman at law, he is in need of inmate assistance to respond to the findings and recommendations. An inmate willing to assist Plaintiff will be available on August 30, 2021. Plaintiff therefore requests

an extension of thirty days to submit his objections.  (*Id.*)

Having reviewed Plaintiff's motion, the Court finds good cause to grant the requested extension of time.  Fed. R. Civ. P. 6(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time to file objections to the findings and recommendations, (ECF No. 13), is GRANTED; and
2. Plaintiff shall file his objections to the August 9, 2021 findings and recommendations within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 31, 2021**                    /s/ Barbara A. McAuliffe            _
                                              UNITED STATES MAGISTRATE JUDGE

2