1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL SHORTER,                          No.  1:20-cv-01823-NONE-BAM (PC)

12              Plaintiff,

13         v.                                    ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS THAT THE
14    SULLIVAN, *et al.*,                        FEDERAL CLAIMS BE DISMISSED, WITH
                                                 PREJUDICE, FOR FAILURE TO STATE A
15              Defendants.                      CLAIM AND THE COURT DECLINE TO
                                                 EXERCISE SUPPLEMENTAL
16                                               JURISDICTION OVER STATE LAW
                                                 CLAIMS
17
                                                 (Doc. No. 12)
18

19         Plaintiff Michael Shorter is a state prisoner proceeding *pro se* and *in forma pauperis* in

20    this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States

21    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22         In his second amended complaint, plaintiff describes an incident in which he fell, suffered

23    a knee and back injury, and was allegedly not provided proper medical treatment by prison

24    officials.  Plaintiff alleges Eighth Amendment violations via several defendants' "deliberate

25    indifference" to his serious medical needs.  (Doc. No. 11.)

26         On August 5, 2021, the assigned magistrate judge screened the second amended complaint

27    and issued findings and recommendations recommending that the federal claims in this action be

28    dismissed due to plaintiff's failure to state a cognizable claim upon which relief may be granted

                                                 1

1   and that the court further decline to exercise supplemental jurisdiction over plaintiff's state law

2   claims.  (Doc. No. 12.)  Those findings and recommendations were served on plaintiff and

3   contained notice that any objections thereto were to be filed within fourteen (14) days after

4   service.  (*Id.* at 11.)  Following an extension of time, plaintiff timely filed objections on October

5   4, 2021.  (Doc. No. 15.)  Plaintiff objected to the magistrate judge's finding that the defendant's

6   actions, as pled, did not constitute excessive force or deliberate indifference sufficient to support

7   an Eighth Amendment claim.

8        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a

9   *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's

10   objections, the court concludes that the magistrate judge's findings and recommendations are

11   supported by the record and by proper analysis.

12        Accordingly,

13   1.  The findings and recommendations issued on August 5, 2021, (Doc. No. 12), are adopted

14        in full;

15   2.  Plaintiff's federal claims asserted in this action are dismissed with prejudice due to

16        plaintiff's failure to state a claim upon which relief may be granted;

17   3.  The exercise of supplemental jurisdiction over plaintiff's state law claims is declined, and

18        plaintiff's state law claims are dismissed without prejudice to their being brought in an

19        action filed in state court; and

20   4.  The Clerk of the Court is directed to close this case.

21   IT IS SO ORDERED.

22        Dated:   **December 6, 2021**                                  _____

23                                                                            UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2